**Exhibit A to the Complaint**

**Location:** Far Rockaway, NY

**Total Works Infringed:** 27

**IP Address:** 96.224.192.42

**ISP:** Verizon Fios

| S3 Title | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| After Party | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | Blacked | 04/01/2018 07:46:32 | 03/31/2018 | 04/07/2018 | PA0002091516 |
| Big Hollywood Dreams | 016F34DBAF696773510E8204353E3A6273BDBAA5 | Blacked Raw | 02/16/2018 20:06:52 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| The List | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 02/05/2018 09:04:30 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| Give Me What I Want | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/07/2017 00:10:57 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| Passionate Raw Sex | 183343963DB45B2E84C3C6510408986D8532945E | Vixen | 08/02/2017 21:58:15 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| Bad Intern | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/10/2018 01:11:35 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| He Taught Me Anal | 27AA86B79332C947179F677D006B39AC9DF7A6EF | Tushy | 08/04/2017 18:43:47 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| He Chose Me | 30ADA15EBDDD0DE68EC861414E0C31F391750A11 | Vixen | 11/10/2017 21:36:59 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| My European Assistant | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 08/23/2017 02:49:22 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| Forget Your BF | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 03/29/2018 02:18:59 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| In My Ass Now | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/08/2017 22:12:22 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| After the Shoot | 55FEFEAF4E91474EF25019DDDD4C236C435A927D | Tushy | 12/01/2017 01:57:52 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| Anal On My Sisters Wedding Day | 5F25F5C8970A1123950D8543F0C954308ECC9D12 | Tushy | 09/24/2017 08:30:49 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| Award Season | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/21/2018 21:17:25 | 03/20/2018 | 04/21/2018 | PA0002091523 |
| Am I Distracting You Part 2 | 6A61612A204675F6F75F546DF27303CB8963D660 | Vixen | 10/17/2017 01:14:40 | 10/16/2017 | 10/19/2017 | PA0002090451 |

| S3 Title | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| Anal With My Ex Husband And Best Friend | 7048B0012DF3D464686B2B9C7FAA436115CA8327 | Tushy | 11/02/2017 18:44:16 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| Passionate Sex With My Rival | 70635D74376BDA83301BA8010EA516382971499F | Vixen | 09/28/2017 02:00:05 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| Model Misbehaviour | 7589E785AEC08FFC8C2339AE366AACDC4BEA5D32 | Vixen | 06/29/2017 17:14:34 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| Exes With Benefits | 947FD6657EC9E14C83D86F7E129F89459D91AACE | Vixen | 11/16/2017 01:26:00 | 11/15/2017 | 12/04/2017 | PA0002098032 |
| He Loves My Big Butt | 99F2BF8F91E89F11F81D066E725117CCE941E90C | Vixen | 07/28/2017 20:38:13 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| I Have Waited All Week For This | ACD24E9BA94D629D9B1A93628C0FF0A5F6B1BB2D | Blacked | 11/22/2017 02:16:48 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| Dominate Me | C8A8FBFE3C290A87BC3994029E5AB4FEFC813077 | Tushy | 11/16/2017 02:01:00 | 11/12/2017 | 11/30/2017 | PA0002098037 |
| Anal And Open Relationships | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 11/28/2017 06:41:44 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| Are You Up | D96839ECB2CAB70E7BA68184F7B938E0B4C3A09D | Blacked Raw | 11/19/2017 03:22:44 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| Double Penetration At Work | DCD502ED09025BF60C90887175BEA55488E21911 | Tushy | 10/13/2017 23:25:01 | 10/13/2017 | 10/19/2017 | PA0002058299 |
| Happy Birthday To Me | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/08/2017 23:27:36 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| Sex With My Best Friends Dad | FB2330FBDF7C31DE0AABA60D9E004C7420BF4486 | Vixen | 09/25/2017 09:48:25 | 09/21/2017 | 10/10/2017 | PA0002086168 |